Re Martin. Mr. Pohl, please proceed. I would actually, may I go second? Oh, okay. Ms. Nelson, please proceed. Good morning, your honors. May it please the court. We're a little perplexed by Martin's decision not to present an argument. It's his appeal. We've never really had the situation where they have not waived argument and yet decided not to present an argument in the first instance. Given that, the government or the director is comfortable with resting on the briefs unless the court has questions for me. No questions. Thank you, Ms. Nelson. My rationale, by the way, of going second is I feel like the patent office has the burden of proving a prime facie case. And I'm here to answer any questions. No, I don't think so. Okay, we thank both counsel for their argument. The case is taken under submission. All rise.